IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHELLE ARMSTRONG**

    Plaintiff,

                        Case Number: 8:24-cv-00959-SDM-SPF

    v.

**JEFFERSON CAPITAL SYSTEMS, LLC**
**T-MOBILE USA, INC. s/b/a SPRINT**
**CORPORATION, and EXPERIAN**
**INFORMATION SOLUTIONS, INC.**

    Defendant.
_____/

**NOTICE OF SETTLEMENT**
**AS TO JEFFERSON CAPITAL SYSTEMS, LLC ONLY**

    COMES NOW, the Plaintiff, pursuant to Local Rule 3.09(a), and hereby files this Notice of Settlement as to Jefferson Capital Systems, LLC. *only*.

Dated May 17, 2024,

                                          */s/ Christian E. Cok*
                                          Christian E. Cok, Esq.
                                          Florida Bar No. 1032167
                                          Tel: 813-321-2349
                                          CCok@Seraphlegal.com

                                          SERAPH LEGAL, P. A.
                                          2124 W. Kennedy Blvd. Suite A
                                          Tampa, FL 33606
                                          Fax: 855-500-0705
                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

                                                            */s/Christian E. Cok*
                                                          Christian E. Cok, Esq.
                                                          Florida Bar Number: 1032167