IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHELLE ARMSTRONG**

    Plaintiff,

                                                        Case Number: 8:24-cv-00959-SDM-SPF

    v.

**JEFFERSON CAPITAL SYSTEMS, LLC
T-MOBILE USA, INC. s/b/a SPRINT
CORPORATION, and EXPERIAN
INFORMATION SOLUTIONS, INC.**

    Defendant.

_____/

**NOTICE OF SETTLEMENT
AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

    COMES NOW, the Plaintiff, pursuant to Local Rule 3.09(a), and hereby files this Notice of Settlement as to Experian Information Solutions, Inc. *only*.

Dated June 3, 2024,

                                                     */s/ Christian E. Cok*
                                                     Christian E. Cok, Esq.
                                                     Florida Bar No. 1032167
                                                     Tel: 813-321-2349
                                                     CCok@Seraphlegal.com

                                                     SERAPH LEGAL, P. A.
                                                     2124 W. Kennedy Blvd. Suite A
                                                     Tampa, FL 33606
                                                     Fax: 855-500-0705
                                                     *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

                                                     */s/Christian E. Cok*
                                                     Christian E. Cok, Esq.
                                                     Florida Bar Number: 1032167