UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHELLE ARMSTRONG**

    Plaintiff,

                                                          Case Number: 8:24-cv-00959-SDM-SPF

    v.

**JEFFERSON CAPITAL SYSTEMS, LLC**
**T-MOBILE USA, INC. s/b/a SPRINT**
**CORPORATION, and EXPERIAN**
**INFORMATION SOLUTIONS, INC.**

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michelle Armstrong ("Plaintiff"), Defendants Jefferson Capital Systems, LLC ("Jefferson") and Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree to the dismissal *with prejudice* of the above-captioned lawsuit,[1] with each party to bear her/its own attorneys' fees and costs.

[*Signatures on following page*]

---

[1] T-Mobile USA, Inc. s/b/a Sprint Corporation ("T-Mobile") did not appear in this action. Plaintiff voluntarily dismissed T-Mobile with prejudice by notice on May 28, 2024. ECF No. 25.

<div style="display: flex;">

<div>

*/s/ Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar No. 1032167
Tel: 813-321-2349
CCok@Seraphlegal.com
SERAPH LEGAL, P. A.
2124 W. Kennedy Blvd. Suite A
Tampa, FL 33606
Fax: 855-500-0705
*Counsel for Plaintiff*

</div>

<div>

*/s/ Maria H. Ruiz*
Maria H. Ruiz, Esq.
FBN: 182923
Kasowitz Benson Torres LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Phone: 786-587-1044
Email: MRuiz@kasowitz.com
*Attorney for Defendant, Experian Information Solutions, Inc.*

</div>

</div>

*/s/ Thomas J. Fox*
Thomas J. Fox, Esq.
Florida Bar No. 1050198
SESSIONS, ISRAEL & SHARTLE LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2467
Facsimile: (877) 334-0661
tfox@sessions.legal
*Counsel for Defendant,*
*Jefferson Capital Systems, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will serve a copy on the filing users.

*/s/ Christian E. Cok*
Attorney for Plaintiff
Christian E. Cok (FBN 1032167)